

# Fourth Court of Appeals

## San Antonio, Texas

October 16, 2014

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC**,
Appellant

v.

**COMPASS BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:   Rebeca Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

This appeal from the trial court's order awarding sanctions is set for submission before a panel of this court on November 5, 2014. The clerk's record indicates that court reporter Yvonne O'Bar took records of the December 6, 2013 hearing on appellee's motion for sanctions and the subsequent hearing on appellant's motion for reconsideration. Appellant's written request to Ms. O'Bar for the record asked her to prepare "the transcription of the above styled district case." However, Ms. O'Bar filed only a record of the post-trial hearing and did not file a record of the December 6, 2013 sanctions hearing.

It appears to the court that a relevant portion of the reporter's record has been omitted and supplementation of the record is necessary. *See* TEX. R. APP. P. 34.6(d). We therefore **order appellant** to file written proof in this court **by October 27, 2014** that the reporter's fee for preparation of the supplemental record has been paid. If appellant fails to file such proof within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record of the sanctions hearing for a decision. See TEX. R. APP. P. 37.3(c). If appellant timely pays the court reporter's fee, we **order court reporter Yvonne O'Bar** to file a record of the December 6, 2013 hearing by **November 5, 2014**.

The court will not grant appellant or the court reporter an extension of time absent a showing of extraordinary circumstances.  The parties are further advised that no supplemental briefing will be sought.

It is so **ORDERED** on October 16, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court